## RODGERS *v.* BLACK.

*Simmons, C. J.*—A bill of exceptions which does not complain of any ruling or decision by the trial judge, and contains no assignment of error except the following: "And the defendant assigns said verdict and judgment as error, the same being contrary to law," is palpably without merit. As has been repeatedly ruled, a verdict cannot be thus reviewed in the Supreme Court.                                        *Judgment affirmed.*

June 8, 1896. By two Justices. Argued at the last term.

Foreclosure of lien. Before Judge Butt. Muscogee superior court. November term, 1894.

Affidavit was made to foreclose a landlord's special lien; and issue was taken by counter-affidavit. Under the evidence and charge of the court, the jury found a verdict for the plaintiff. Without moving for a new trial, defendant brought a bill of exceptions with the assignment of error quoted in the head-note.

*C. J. Thornton*, for plaintiff in error. *Miller, Wynn & Miller* and *W. H. & E. R. Black*, contra.